1  ROBERT VANNAH, ESQ.
   NEVADA BAR NO. 002503
2  ROGER M CRAM, ESQ.
   NEVADA BAR NO. 006612
3  VANNAH & VANNAH
4  400 South Fourth Street, 6th Floor
   Las Vegas, Nevada 89101
5  Telephone: (702) 369-4161
   Facsimile: (702) 369-0104
6  Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL STEIN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY, a foreign corporation; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　Defendants. | CASE NO.: **2:10-cv-00462-JCM-LRL**<br><br>**AMENDED MOTION TO WITHDRAW AS COUNSEL** |

ROBERT D. VANNAH, ESQ., and ROGER M. CRAM, ESQ., of VANNAH & VANNAH, as well as CHAD M. GOLIGHTLY, ESQ., of GOLIGHTLY, LTD., hereby move to withdraw as attorneys of record for Plaintiff DANIEL STEIN pursuant to Nevada Supreme Court Rule 46 and 166.

This Motion is made and based upon the following Points and Authorities, and upon the Affidavit of Roger M. Cram, Esq., attached hereto.

Dated this 19TH day of October, 2010.

VANNAH & VANNAH

ROGER M. CRAM, ESQ.

Page 1 of 5

## NOTICE OF MOTION

PLEASE TAKE NOTICE that the undersigned will bring the Motion to Withdraw for hearing before the above-entitled Court on the _____ day of _____, 2010, at the hour of _____, or as soon thereafter as counsel may be heard.

Dated this 19TH day of October, 2010.

VANNAH & VANNAH

_____
ROGER M. CRAM, ESQ.

## MEMORANDUM OF POINTS AND AUTHORITIES

I. **ARGUMENT**

S.C.R. 46 provides in pertinent part:

The attorney in an action or special proceeding may be changed at any time before judgment or final determination as follows:

2. Upon the order of the court or judge thereof on the application of the attorney or the client....

S.C.R. 166 provides in pertinent part:

2. [A] lawyer may withdraw from representing a client if withdrawal can be accomplished without material adverse effect on the interests of the client...

...

4. Upon termination of representation, a lawyer shall take steps to the extent reasonably practicable to protect a client's interests, such as giving reasonable notice to the client, allowing time for employment of other counsel....

A material communication breakdown has developed between movants and Plaintiff. This breakdown makes it impossible for Plaintiff's counsel to continue representing Plaintiff in this matter. Thus, following further review, Robert D. Vannah, Esq., Roger M. Cram, Esq., and Chad M. Golightly, Esq., wish to discontinue representing Plaintiff in this matter.

The withdrawal of Robert D. Vannah, Esq., Roger M. Cram, Esq., and Vannah & Vannah, as well as Chad M. Golightly, Esq., from Golightly, Ltd., will not materially affect the interests of

Page 2 of 5

Plaintiff, since avenues of effective communication and representation have broken down. Plaintiff's attorneys of record have provided an affidavit stating the last known address of Plaintiff DANIEL STEIN, which is: 2201 Dogwood Ranch Avenue, Henderson, Nevada 89052.

## II. CONCLUSION

Plaintiff's attorneys of record, Robert D. Vannah, Esq., Roger M. Cram, Esq., and Chad M. Golightly, Esq., respectfully request this Honorable Court to grant this Motion to Withdraw as counsel for Plaintiff DANIEL STEIN.

DATED this 19TH day of October, 2010.

VANNAH & VANNAH

_____
ROGER M. CRAM, ESQ.

THE MOTION TO WITHDRAW (#22) IS GRANTED PLAINTIFF SHALL HAVE UNTIL DECEMBER 10, 2010 TO RETAIN NEW COUNSEL.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 10-27-10

## AFFIDAVIT OF ROGER M. CRAM, ESQ., IN SUPPORT OF AMENDED MOTION TO WITHDRAW AS COUNSEL

STATE OF NEVADA )
) ss.
COUNTY OF CLARK )

ROGER M. CRAM, ESQ., being first duly sworn, deposes and states the following:

1. I am an attorney-at-law, duly licensed to practice in all courts in the State of Nevada. I am an attorney of record for the Plaintiff herein. I have personal knowledge of the facts hereinafter set forth, and I am competent to testify to the same.

2. Robert D. Vannah, Esq. and I, from Vannah & Vannah law firm, were retained by Plaintiff in the above-captioned matter in February of 2010.

3. I, as well as Robert D. Vannah, Esq., and Chad M. Golightly, Esq., wish to discontinue representation of Plaintiffs in this case due to communication issues with the plaintiff.

4. Daniel Stein's last known address is: 2201 Dogwood Ranch Avenue, Henderson, Nevada 89052.

5. A copy of this Amended Motion will be sent certified mail to the Plaintiff today, October 19, 2010.

FURTHER AFFIANT SAYETH NAUGHT.

_____
ROGER M. CRAM, ESQ.

SUBSCRIBED and SWORN TO before me this 19th day of October, 2010.

_____
NOTARY PUBLIC

JESSICA SYMPHONY ROGERS
Notary Public-State of Nevada
APPT. NO. 09-9689-1
My App. Expires March 26, 2013

Page 4 of 5

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that on this date, I served the foregoing **AMENDED MOTION TO WITHDRAW AS COUNSEL** on all parties to this action by:

__x__ Facsimile

__x__ Mail

addressed as follows:

Carrie McCrea Hanlon, Esq.
Pyatt, Silvestri & Hanlon
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
Facsimile: (702) 477-0088
**Attorneys for Defendant GEICO INSURANCE CO., as to the first claim for relief only**

Jack G. Angaran, Esq.
Kristie A. Tappan, Esq.
Brian A. Gonsalves, Esq.
Georgeson Angaran, CHTD.
5450 Longley Lane
Reno, NV 89511
Facsimile: (775) 827-9256
**Attorneys for Defendant GEICO GENERAL INSURANCE CO., as to the second and third claims for relief only**

Chad M. Golightly, Esq.
Golightly, Ltd.
8560 S. Eastern Ave, Suite 240
Las Vegas, NV 89123
Facsimile: (702) 961-7766
**Attorneys for Plaintiff**

Daniel Stein
2201 Dogwood Ranch Avenue
Henderson, Nevada 89052

**Via certified mail only**

Dated this 19th day of October, 2010.

_____
An employee of the law firm of
VANNAH & VANNAH

VANNAH & VANNAH
400 South Fourth Street, 6th Floor • Las Vegas, Nevada 89101
Telephone (702) 369-4161   Facsimile (702) 369-0104