CARRIE McCREA HANLON, ESQ.
Nevada Bar Number 3902
PYATT SILVESTRI & HANLON
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
(702) 383-6000
(702) 477-0088 (Fax)
chanlon@psh-law.com
Attorneys for Defendant Geico General
Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DANIEL STEIN,

    Plaintiff,

vs.

GEICO GENERAL INSURANCE COMPANY, a foreign corporation; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,

    Defendants.

CASE NO.: 2:10-CV-00462-JMC-LRL

**STIPULATION AND ORDER FOR DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their respective parties, that the above-entitled case be dismissed with prejudice, each party to bear their own attorney's fees and costs;

No trial date has been set in this matter.

DATED this ___ day of June, 2011.

| PYATT SILVESTRI & HANLON | GENTILE LAW GROUP |
|---|---|
| /s/ Carrie McCrea Hanlon | /s/ Mark L. Gentile |
| CARRIE McCREA HANLON, ESQ. | MARK L. GENTILE, ESQ. |
| 701 Bridger Avenue, Suite 600 | 1640 Alta Drive, Suite 12 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89106 |
| Attorneys for Defendant | Attorney for Plaintiff |

## ORDER

Based on the foregoing Stipulation,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-entitled action be dismissed with prejudice, each party to bear their own costs;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that no trial date has been set in this matter.

DATED this 7th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted:
PYATT SILVESTRI & HANLON

_____
CARRIE McCREA HANLON, ESQ.
Nevada Bar No. 3902
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
Attorneys for Defendant Geico General
Insurance Company